1  B. James Fitzpatrick (SBN: 129056)
   Charles Swanston (SBN: 181882)
2  FITZPATRICK & SWANSTON
   555 South Main Street
3  Salinas, CA 93901
   Telephone: (831) 755-1311
4  Facsimile:  (831) 755-1319

5  Attorneys for Plaintiff,
   ALVARO SANCHEZ on behalf of
6  himself and all other similarly situated employees

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

| | |
|---|---|
| 11  ALVARO SANCHEZ on behalf of himself and all other similarly situated employees, | Case No.: 15-CV-04657-EJD |
| 12  Plaintiff, | [Monterey County Superior Court Case No. M132626] |
| 13  v. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** |
| 14   | |
| 15  KEURIG GREEN MOUNTAIN, INC.; and DOES 1 through 100, inclusive, | |
| 16  Defendants. | |
| 17 | Date:       August 2, 2018  
Time:       9:00 a.m.  
Courtroom:  4  
Judge:      Hon. Edward J. Davila |
| 18 | |
| 19 | |
| 20 | Complaint Filed: July 14, 2015  
Notice of Removal Filed: October 7, 2015 |

21       Plaintiff's request for his counsel to appear telephonically at the August 2, 2018 hearing is

22  hereby GRANTED.  Counsel shall make arrangements for his telephonic appearance via Court

23  Call.

24       **IT IS SO ORDERED.**

25  DATED: _____     _____
26                                    Honorable Judge Edward J. Davila
                                      United States District Judge
27

28

-1-