B. James Fitzpatrick (SBN: 129056)
Charles Swanston (SBN: 181882)
FITZPATRICK & SWANSTON
555 South Main Street
Salinas, CA 93901
Telephone: (831) 755-1311
Facsimile: (831) 755-1319

Attorneys for Plaintiff,
ALVARO SANCHEZ on behalf of
himself and all other similarly situated employees

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALVARO SANCHEZ on behalf of himself and all other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 15-CV-04657-EJD<br><br>[Monterey County Superior Court Case No. M132626]<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS<br><br>Date: August 2, 2018<br>Time: 9:00 a.m.<br>Courtroom: 4 – 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>Complaint Filed: July 14, 2015<br>Notice of Removal Filed: October 7, 2015 |

This matter came on regularly for hearing on August 2, 2018, at 9:00 a.m. in Courtroom 4 of the United States District Court of the Northern District of California, located at 280 South 1st Street, San Jose, California, before the Honorable Edward J. Davila, with appearances by counsel as follows: B. James Fitzpatrick of Fitzpatrick & Swanston for Plaintiff Alvaro Sanchez and Jon D. Cantor of Dykema Gossett, LLP for Defendant Keurig Green Mountain, Inc.

This matter having been fully argued and considered and proof having been made to the satisfaction of the Court, and the amount sought appearing to be fair and reasonable,

IT IS HEREBY ORDERED THAT:

1. Class Counsel's request for an award of attorneys' fees in the amount of $23,125.00 (25% of the Gross Settlement Amount) to be paid from the Settlement Fund pursuant

-1-

to Federal Rules of Civil Procedure Rule 23(h) is reasonable in light of the relevant factors and comparison to the lodestar multiplier based upon the hours spent in prosecuting this case. The request for an award of attorneys' fees in the amount of $23,125.00 is GRANTED.

2. Class Counsel's request for an award of litigation cost reimbursement in the amount of $3,042.66, to be paid from the Settlement Fund pursuant to Federal Rule of Civil Procedure Rule 23(h) is reasonable and the funds were necessarily incurred in the prosecution of the case. The request for cost reimbursement in the amount of $3,042.66 is GRANTED.

3. IT IS SO ORDERED.

Dated: August 2, 2018

Honorable Edward J. Davila