UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALVARO SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KEURIG GREEN MOUNTAIN, INC.,<br><br>    Defendant. | Case No.  5:15-cv-04657-EJD<br><br>**JUDGMENT** |

Plaintiff's motion for final approval having been granted, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Parties and the Class Administrator shall comply with the Court's August 2, 2018 orders granting final approval of the class action settlement and Plaintiff's motion for attorneys' fees (Dkt. Nos. 54, 55) (collectively, "the Court's August 2, 2018 Orders").

2. Pursuant to Federal Rules of Civil Procedure 54(a) and (b) and finding no just reason for delay, the Clerk shall enter final judgment in this action.

3. Without affecting the finality of the Court's judgment in any way, the Court shall retain jurisdiction over the administration of the settlement agreement.

4. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 2, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04657-EJD
JUDGMENT

1